# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY KIYON HAMILTON

NO. 2025 KW 0457

**AUGUST 18, 2025**

---

In Re:   Rodney Kiyon Hamilton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-04203.

---

BEFORE:   **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** This application appears to be a motion to correct an illegal sentence filed in this court in the first instance. Because there is no indication that the motion has been filed in the district court, this writ presents nothing for this court to review. Relator should first seek relief in the district court.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT